IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TRISTAN TRAVIS RAWLS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv501-MHT |
| | ) | (WO) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER

Upon consideration of petitioner's motion for voluntary dismissal, which the government does not oppose, it is ORDERED that:

(1) The recommendation of the United States Magistrate Judge (doc. no. 16) is withdrawn.

(2) The motion to dismiss (doc. no. 17) is granted pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

(3) This case is dismissed in its entirety without prejudice, with no costs taxed.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 6th day of September, 2018.

                                /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE